UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Juan Valdera, Sobieda Valdera and Bahij Boutros,<br><br>     Plaintiffs,<br>v.<br><br>PHH Mortgage Corporation and Deutsche Bank National Trust Company as Trustee for the Registered Holders of CBA Commercial Mortgage Pass-Through Certificate, Series 2006-1,<br><br>     Defendants. | CASE No. 1:20-CV-00470-JJM-PAS |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, PHH Mortgage Corporation ("PHH") and Deutsche Bank National Trust Company as Trustee for The Registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2006-1 ("Deutsche Bank"), hereby move for Summary Judgment on all counts of the Plaintiffs' Complaint. The Motion is supported by the memorandum of law, the statement of undisputed material facts and the Affidavits of the Loan Servicer and Susan W. Cody, filed contemporaneously herewith.

Dated: January 20, 2022

Respectfully submitted,
PHH Mortgage Corporation and Deutsche Bank National Trust Company as Trustee for The Registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2006-1,
By their attorney,

/s/ John S. McNicholas
John S. McNicholas, Esq. RIB # 8732
Catherine V. Eastwood, Esq. RIB # 6406
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500 (ext. 26203) McNicholas
(978) 256-1500 (ext. 26222) Eastwood
jmcnicholas@kordeassociates.com
ceastwood@kordeassociates.com

*Valdera et al.*                                          Page **1** of **2**                              *Defendants' Motion*
*v.*                                                                                                    *for Summary Judgment*
*PHH et al.*                                                                                       Docket # 1:20-CV-00470-JJM-PAS

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion for Summary Judgment, Memorandum of Law in Support, Statement of Undisputed Facts, Affidavit of Attorney Susan W. Cody, Affidavit of Attorney Catherine V. Eastwood, Affidavit of Loan Servicer in Support, and Supplemental Affidavit of Loan Servicer in Support were filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants via first class mail on January 20, 2022.

*The document electronically filed and served is available for viewing and/or downloading from the United States District Court's Electronic Filing System.*

/s/ John S. McNicholas  
John S. McNicholas, Esq. RIB # 8732

*Valdera et al.*  
*v.* Page **2** of **2** *Defendants' Motion*  
*PHH et al.* *for Summary Judgment*  
*Docket # 1:20-CV-00470-JJM-PAS*