# EXHIBIT D

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co Borrower information must also be provided (and the appropriate box checked) when ☑ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☑ Conventional ☐ Other (explain) ☐ FHA ☐ USDA/Rural Housing Service | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| Amount $ 300,000 | Interest Rate 7.250 % | No. of Months 360/360 | Amortization Type: ☐ Fixed Rate ☐ GPM ☐ Other (explain) ☑ ARM (type) 7/23 | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, ZIP) — No. of Units: 6
273-275 Rand Street, Central Falls, RI 02863 County: Providence

Legal Description of Subject Property (attach description if necessary) — Year Built: 1920
Apartment Complex

Purpose of Loan: ☑ Purchase ☐ Construction ☐ Other (explain) — Property will be: ☐ Primary Residence ☐ Secondary Residence ☑ Investment
☐ Refinance ☐ Construction-Permanent

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made Cost $ |

Title will be held in what Name(s): Juan Valdera, Sobeida Valdera, Bahij Boutros
Manner in which Title will be held: Tenants in common
Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain): Checking/Savings

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr or Sr if applicable) | Sobeida Valdera | |
| Social Security Number | 599 20 8347 | |
| Home Phone (incl area code) | 401-724-2789 | |
| DOB (MM/DD/YYYY) | 03/20/1969 | |
| Yrs School | 16 | |
| Marital Status | ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated | ☐ Married ☐ Unmarried ☐ Separated |
| Dependents (not listed by Co-Borrower) | no, ages | no, ages |
| Present Address (street, city, state, ZIP) | 34 Parker Street, Central Falls, RI 02863 ☐ Own ☑ Rent 10 No. Yrs | ☐ Own ☐ Rent No. Yrs |
| Mailing Address, if different from Present Address | | |

If residing at present address for less than two years, complete the following

| Former Address (street, city, state, ZIP) | ☐ Own ☐ Rent No. Yrs | ☐ Own ☐ Rent No. Yrs |

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | Furniture Warehouse, 1355 South Washington Street, North Attleboro, MA 02760 | |
| Self Employed | ☐ | ☐ |
| Yrs on this job | 1 yr(s) | |
| Yrs employed in this line of work/profession | 1 | |
| Position/Title/Type of Business | Store Manager | |
| Business Phone (incl area code) | 508-695-6666 | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following

| Name & Address of Employer | Furniture Warehouse, 329 Barton Street, Pawtucket, RI 02860 | |
| Self Employed | ☐ | ☐ |
| Dates (from-to) | 4/2000 - 4/2004 | |
| Monthly Income | $ 1,900.00 | |
| Position/Title/Type of Business | Sales Associate | |
| Business Phone (incl area code) | 401-726-4730 | |

| Name & Address of Employer | | |
| Self Employed | ☐ | ☐ |
| Dates (from-to) | | |
| Monthly Income | $ | $ |
| Position/Title/Type of Business | | |
| Business Phone (incl area code) | | |

Freddie Mac Form 65 01/04
Calyx Form 1003 Loanapp1.frm 01/04

Page 1 of 4

Borrower S.V.
Co-Borrower _____

Fannie Mae Form 1003 01/04


APPL

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 3,028.00 | $ | $ 3,028.00 | Rent | $ 550.00 | |
| Overtime | | | | First Mortgage (P&I) | | $ 2,046.53 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commission | -- | -- | -- | Hazard Insurance | | 291.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 215.58 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income" below) | | | | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 3,028.00 | $ | $ 3,028.00 | Total | $ 550.00 | $ 2,553.11 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements

Describe Other Income  **Notice**: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☐ Jointly ☑ Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: Earnest | $ 3,000 | Name and address of Company US DEPT OF EDUCATION | $ Payment/Months | $ |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union Sovereign Bank | | Acct. no. 5992083471 | 239 | 41,843 |
| Acct. no. 46100181596 | $ 51,499 | Name and address of Company RISLA | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union Bank of America | | Acct. no. 59920834701 | | 5,500 |
| Acct. no. 9497572565 | $ 19,273 | Name and address of Company RISLA | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union Sovereign Bank | | Acct. no. 59920834702 | | 2,450 |
| Acct. no. 46104942209 | $ 19,484 | Name and address of Company AFNI | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. 2003391962 | | 342 |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value Face amount $ | $ | | | |
| Subtotal Liquid Assets | $ 94,256 | Acct. no. | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to | $ | |
| Other Assets (itemize) | $ | | | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 239 | |
| Total Assets a. | $ 94,256 | Net Worth (a minus b) => $ 44,121 | Total Liabilities b. | $ 50,135 |

Freddie Mac Form 65  01/04
Calyx Form 1003 Loanapp2.frm 01/04

Borrower S.V.
Co-Borrower _____

Page 2 of 4

Fannie Mae Form 1003  01/04

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance Maintenance, Taxes & Misc | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s)

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

## VII. DETAILS OF TRANSACTION | VIII. DECLARATIONS

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | Borrower | | Co Borrower | |
|---|---|---|---|---|---|---|
| | | If you answer "yes" to any questions a through i please use continuation sheet for explanation | Yes | No | Yes | No |
| a Purchase price | $ 375,000.00 | | | | | |
| b Alterations, improvements, repairs | | a Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| c Land (if acquired separately) | | b Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| d Refinance (incl. debts to be paid off) | | c Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| e Estimated prepaid items | 3,882.46 | | | | | |
| f Estimated closing costs | 7,646.00 | | | | | |
| g PMI, MIP, Funding Fee | | d Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| h Discount (if Borrower will pay) | | e Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage financial obligation, bond or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| i Total costs (add items a through h) | 386,528.46 | | | | | |
| j Subordinate financing | | | | | | |
| k Borrower's closing costs paid by Seller | | | | | | |
| l Other Credits (explain) | | f Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| Cash Deposit | 3,000.00 | | | | | |
| Seller Credit | 3,000.00 | | | | | |
| | | g Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| | | h Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| | | i Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| m Loan amount (exclude PMI, MIP Funding Fee financed) | 300,000.00 | j Are you a U.S. citizen? | ☑ | ☐ | ☐ | ☐ |
| | | k Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| n PMI, MIP, Funding Fee financed | | l Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☐ | ☑ | ☐ | ☐ |
| o Loan amount (add m & n) | 300,000.00 | m Have you had an ownership interest in a property in the last three years? | ☐ | ☑ | ☐ | ☐ |
| | | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | | | | |
| p Cash from/to Borrower (subtract j, k, l & o from i) | 80,528.46 | (2) How did you hold title to the home-solely by yourself (S) jointly with your spouse (SP), or jointly with another person (O)? | | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18 United States Code, Sec. 1001, et seq., (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 7-9-03 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may discriminate neither on the basis of this information nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex under Federal regulations, this lender is required to note the information on the basis of visual observation or surname if you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | | CO BORROWER | ☐ I do not wish to furnish this information | | |
|---|---|---|---|---|---|---|---|
| Ethnicity | ☑ Hispanic or Latino | ☐ Not Hispanic or Latino | | Ethnicity | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino | |
| Race | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American | Race | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | |
| Sex | ☑ Female | ☐ Male | | Sex | ☐ Female | ☐ Male | |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Brian Lewis | Rhode Island Mortgage Store |
| ☐ Face to face interview | Interviewer's Signature | 10 Jefferson Blvd Suite C |
| ☐ Mail | | Warwick, RI 02888 |
| ☑ Telephone | Date: -03.01 | (P) 401-467-4522 |
| ☐ Internet | Interviewer's Phone Number (incl. area code) 401-467-4522 | (F) 401-467-4523 |

Freddie Mac Form 65  01/04
Ca_jx Form 1003 Loanapp3.frm  01/04

Page 3 of 4

Fannie Mae Form 1003  01/04

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☑ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☑ Conventional ☐ Other (explain) ☐ FHA ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount $ 300,000 | Interest Rate 7.250 % | No. of Months 360/360 | Amortization Type | ☐ Fixed Rate ☐ Other (explain) ☐ GPM ☑ ARM (type) 7/23 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, ZIP): 273-275 Rand Street, Central Falls, RI 02863 County: Providence    No. of Units: 6

Legal Description of Subject Property (attach description if necessary): Apartment Complex    Year Built: 1920

Purpose of Loan: ☑ Purchase ☐ Construction ☐ Other (explain)    ☐ Refinance ☐ Construction-Permanent

Property will be: ☐ Primary Residence ☐ Secondary Residence ☑ Investment

Complete this line if construction or construction-permanent loan

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made    Cost $ |

Title will be held in what Name(s): Juan Valdera, Sobeida Valdera, Bahij Boutros

Manner in which Title will be held: Tenants in common

Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain): Checking/Savings

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr or Sr if applicable) | Juan Valdera | |
| Social Security Number | 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 | |
| Home Phone (incl. area code) | 401-739-6940 | |
| DOB (MM/DD/YYYY) | 05/26/1947 | |
| Yrs. School | 12 | |
| Marital Status | ☑ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated |
| Dependents (not listed by Co-Borrower) | no   ages | no   ages |
| Present Address (street, city, state, ZIP) | 293 Rand Street, Central Falls, RI 02863    ☐ Own ☑ Rent  3  No. Yrs | ☐ Own ☐ Rent ___ No. Yrs |
| Mailing Address, if different from Present Address | 34 Parker Street, West Warwick, RI 02893 | |

If residing at present address for less than two years, complete the following

| Former Address (street, city, state, ZIP) | ☐ Own ☐ Rent ___ No. Yrs | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs |

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | Jorge's Auto, Inc, 270-274 Broad Street, Cumberland, RI 02864 | |
| Self Employed | ☐ | ☐ |
| Yrs. on this job | 1 mth(s) | |
| Yrs employed in this line of work/profession | 23 | |
| Position/Title/Type of Business | Painter | |
| Business Phone (incl. area code) | 401-725-5210 | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following

| Name & Address of Employer | Le'myres Body Shop, 915 Broad Street, Central Falls, RI 02863 | |
| Self Employed | ☐ | ☐ |
| Dates (from to) | 7/2003 - 5/2005 | |
| Monthly Income | $ 1,737.00 | |
| Position/Title/Type of Business | Painter | |
| Business Phone (incl. area code) | 401-722-2910 | |

| Name & Address of Employer | | |
| Self Employed | ☐ | ☐ |
| Dates (from to) | | |
| Monthly Income | $ | $ |
| Position/Title/Type of Business | | |
| Business Phone (incl. area code) | | |

Freddie Mac Form 65  01/04
Calyx Form 1003 Loanapp1.frm 01/04

Borrower  J.V.
Co-Borrower _____

Page 1 of 4    Fannie Mae Form 1003  01/04

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 1,737.00 | $ | $ 1,737.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 550.00 | $ 2,046.53 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 291.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 215.58 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income" below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 1,737.00 | $ | $ 1,737.00 | Total | $ 550.00 | $ 2,553.11 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements

Describe Other Income   Notice   Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also

Completed ☒ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
| List checking and savings accounts below | | Name and address of Company<br>RI DEPT OF TAXATION | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct no. 5930697871 | 240 | 10,037 |
| Acct no | $ | Name and address of Company<br>COLLECTION | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct no. 168147503 | | 1,237 |
| Acct no | $ | Name and address of Company<br>COLLECTION | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct no. 251146604 | | 200 |
| Acct no | $ | Name and address of Company<br>COLLECTION | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct no. 251146602 | | 195 |
| Acct no | $ | Name and address of Company<br>COLLECTION | $ Payment/Months | $ |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| | | Acct no. 251146603 | | 180 |
| Life insurance net cash value | $ | Name and address of Company<br>COLLECTION | $ Payment/Months | $ |
| Face amount $ | | | | |
| Subtotal Liquid Assets | $ | Acct no. 251146601 | | 160 |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Name and address of Company<br>COLLECTION | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | Acct no. 168147504 | | 97 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to | $ | |
| Other Assets (itemize) | $ | | | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 240 | |
| Total Assets a | $ | Net Worth (a minus b) => $ -12,106 | Total Liabilities b | $ 12,106 |

Freddie Mac Form 65   01/04
Calyx Form 1003 Loanapp2.frm 01/04

Borrower _JdL_
Co-Borrower _____

Page 2 of 4

Fannie Mae Form 1003   01/04

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s)

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a Purchase price | $ 375,000.00 |
| b Alterations, improvements, repairs | |
| c Land (if acquired separately) | |
| d Refinance (incl. debts to be paid off) | |
| e Estimated prepaid items | 3,882.46 |
| f Estimated closing costs | 7,646.00 |
| g PMI, MIP, Funding Fee | |
| h Discount (if Borrower will pay) | |
| i Total costs (add items a through h) | 386,528.46 |
| j Subordinate financing | |
| k Borrower's closing costs paid by Seller | |
| l Other Credits (explain) Cash Deposit / Seller Credit | 3,000.00 / 3,000.00 |
| m Loan amount (exclude PMI, MIP, Funding Fee financed) | 300,000.00 |
| n PMI, MIP, Funding Fee financed | |
| o Loan amount (add m & n) | 300,000.00 |
| p Cash from/to Borrower (subtract j, k, l & o from i) | 80,528.46 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation

| | Borrower Yes / No | Co-Borrower Yes / No |
|---|---|---|
| a Are there any outstanding judgments against you? | ☐ ☒ | ☐ ☐ |
| b Have you been declared bankrupt within the past 7 years? | ☐ ☒ | ☐ ☐ |
| c Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☒ | ☐ ☐ |
| d Are you a party to a lawsuit? | ☐ ☒ | ☐ ☐ |
| e Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes" provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☒ | ☐ ☐ |
| f Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? If "Yes" give details as described in the preceding question | ☐ ☒ | ☐ ☐ |
| g Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☒ | ☐ ☐ |
| h Is any part of the down payment borrowed? | ☐ ☒ | ☐ ☐ |
| i Are you a co-maker or endorser on a note? | ☐ ☒ | ☐ ☐ |
| j Are you a U.S. citizen? | ☒ ☐ | ☐ ☐ |
| k Are you a permanent resident alien? | ☐ ☒ | ☐ ☐ |
| l Do you intend to occupy the property as your primary residence? If "Yes" complete question m below | ☐ ☒ | ☐ ☐ |
| m Have you had an ownership interest in a property in the last three years? | ☐ ☒ | ☐ ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH) or investment property (IP)? | | |
| (2) How did you hold title to the home solely by yourself (S) jointly with your spouse (SP) or jointly with another person (O)? | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18 United States Code Sec. 1001, et seq., (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use, (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan (5) the property will be occupied as indicated herein, (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns, may retain the original and/or an electronic record of this application, even if the Loan is not approved, (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies, (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law, (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty express or implied to me regarding the property or the condition or value of the property, and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings) or my facsimile transmission of this application containing a facsimile of my signature shall be as effective enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X Juan Valdez | 7-9-05 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☐ I do not wish to furnish this information

| Ethnicity | ☒ Hispanic or Latino | ☐ Not Hispanic or Latino |
|---|---|---|
| Race | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☒ White | |
| Sex | ☐ Female | ☒ Male |

**CO-BORROWER** ☐ I do not wish to furnish this information

| Ethnicity | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
|---|---|---|
| Race | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | |
| Sex | ☐ Female | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Brian Lewis | Rhode Island Mortgage Store |
| ☒ Face to face interview | Interviewer's Signature / Date | 10 Jefferson Blvd Suite C |
| ☐ Mail | | Warwick, RI 02888 |
| ☐ Telephone | Interviewer's Phone Number (incl. area code) | (P) 401-467-4522 |
| ☐ Internet | 401 467-4522 | (F) 401-467-4523 |

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☒ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain) | Agency Case Number | Lender Case Number |
|---|---|---|---|
| | ☐ FHA  ☐ USDA/Rural Housing Service | | |

| Amount | Interest Rate | No. of Months | Amortization Type | ☐ Fixed Rate  ☐ Other (explain) |
|---|---|---|---|---|
| $ 300,000 | 7.250 % | 360/360 | | ☐ GPM  ☒ ARM (type) 7/23 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 273-275 Rand Street, Central Falls, RI 02863  County Providence | 6 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| Apartment Complex | 1920 |

Purpose of Loan ☒ Purchase  ☐ Construction  ☐ Other (explain)  ☐ Refinance  ☐ Construction-Permanent    Property will be ☐ Primary Residence  ☐ Secondary Residence  ☒ Investment

Complete this line if construction or construction-permanent loan

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | $ | $ | | Cost $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in |
|---|---|---|
| Juan Valdera, Sobeida Valdera, Bahij Boutros | Tenants in common | ☒ Fee Simple  ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
Checking/Savings

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Bahij Boutros | |
| Social Security Number: 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  Home Phone (incl. area code): 401-595-7216  DOB: 04/14/1967  Yrs. School: 16 | Social Security Number  Home Phone (incl. area code)  DOB (MM/DD/YYYY)  Yrs. School |
| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated   Dependents (not listed by Co-Borrower): no  ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated   Dependents (not listed by Borrower): no  ages |
| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent  4  No. Yrs.   62 Walttos Corner Road  West Kingston, RI 02892 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Borrower | Co Borrower |
|---|---|
| Name & Address of Employer  ☒ Self Employed  Yrs. on this job: 14 yr(s) | Name & Address of Employer  ☐ Self Employed  Yrs. on this job |
| International Pocket Cafe  99 Fortin Road  Kingston, RI 02881 | |
| Yrs. employed in this line of work/profession: 14 | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business: Owner   Business Phone (incl. area code): 401-782-2720 | Position/Title/Type of Business  Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following

| Name & Address of Employer  ☐ Self Employed  Dates (from-to) | Name & Address of Employer  ☐ Self Employed  Dates (from-to) |
|---|---|
| | |
| Monthly Income  $ | Monthly Income  $ |
| Position/Title/Type of Business   Business Phone (incl. area code) | Position/Title/Type of Business   Business Phone (incl. area code) |

| Name & Address of Employer  ☐ Self Employed  Dates (from-to) | Name & Address of Employer  ☐ Self Employed  Dates (from-to) |
|---|---|
| | |
| Monthly Income  $ | Monthly Income  $ |
| Position/Title/Type of Business   Business Phone (incl. area code) | Position/Title/Type of Business   Business Phone (incl. area code) |

Freddie Mac Form 65  01/04
Calyx Form 1003 Loanapp1.frm 01/04

Borrower _____
Co-Borrower _____

Page 1 of 4

Fannie Mae Form 1003  01/04

## MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 3,972.00 | $ | $ 3,972.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 1,048.00 | $ 2,046.53 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 83.00 | 291.00 |
| Dividends/Interest | | | | Real Estate Taxes | 233.33 | 215.58 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income" below) | | | | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 3,972.00 | $ | $ 3,972.00 | Total | $ 1,364.33 | $ 2,553.11 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements

Describe Other Income  *Notice*  Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed  ☑ Jointly  ☐ Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by Earnest | 3,000 | | | |
| List checking and savings accounts below | | Name and address of Company WASHINGTON MUTUAL BANK | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union Bank of America | | | | |
| | | Acct. no. 1508413671036 | (1,364) | 37,199 |
| Acct no 9635 | $ 4,000 | Name and address of Company CAP ONE BK | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union Bank of America / Business Account | | | | |
| | | Acct no 529107153953 | | 1,462 |
| Acct no 6547 | $ 4,000 | Name and address of Company FIRST DATA | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct no 520253776000 | 29 | 1,407 |
| Acct no | $ | Name and address of Company CBUSASEARS | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 36082081 | 20 | 805 |
| Acct no | $ | Name and address of Company GULF COAST COLLECTION | $ Payment/Months | $ |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| | | Acct no 1158323 | | 443 |
| | | Name and address of Company BANK OF AMERICA | $ Payment/Months | $ |
| Life insurance net cash value Face amount $ | $ | | | |
| Subtotal Liquid Assets | $ 11,000 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 450,000 | Acct. no. 417009000094 | 10 | 371 |
| | | Name and address of Company WM FILENE | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | Acct no R0033166 | 20 | 46 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to | $ | |
| Other Assets (itemize) | $ | | | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 79 | |
| Total Assets a | $ 461,000 | Net Worth (a minus b) => $ 419,267 | Total Liabilities b | $ 41,733 |

Freddie Mac Form 65  01/04
Calyx Form 1003_Loanapp2.frm 01/04

Page 2 of 4

Borrower [signature]
Co-Borrower

Fannie Mae Form 1003  01/04

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate** (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 62 Walltos Corner Road, West Kingston, RI 02892 | SFR O/O | $ 450,000 | $ 37,199 | $ | $ 1,048 | $ 317 | $ |
| | | | | | | | |
| | | | | | | | |
| **Totals** | | $ 450,000 | $ 37,199 | $ | $ 1,048 | $ 317 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name   Creditor Name   Account Number

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ 375,000.00 |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | 3,882.46 |
| f. Estimated closing costs | 7,646.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 386,528.46 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) Cash Deposit / Seller Credit | 3,000.00 / 3,000.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 300,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 300,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 80,528.46 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

Borrower: Yes/No   Co-Borrower: Yes/No

a. Are there any outstanding judgments against you? — No
b. Have you been declared bankrupt within the past 7 years? — No
c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? — No
d. Are you a party to a lawsuit? — No
e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? — No
f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? — No
g. Are you obligated to pay alimony, child support, or separate maintenance? — No
h. Is any part of the down payment borrowed? — No
i. Are you a co-maker or endorser on a note? — No
j. Are you a U.S. citizen? — Yes
k. Are you a permanent resident alien? — No
l. Do you intend to occupy the property as your primary residence? — No
m. Have you had an ownership interest in a property in the last three years? — Yes
 (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? — PR
 (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? — S

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability including monetary damages to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Borrower's Signature: X BAHIJ Bouzlos   Date: 7-9-05
Co-Borrower's Signature: X   Date:

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish it information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☐ I do not wish to furnish this information

| | |
|---|---|
| Ethnicity | ☑ Hispanic or Latino   ☐ Not Hispanic or Latino |
| Race | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☑ White |
| Sex | ☐ Female   ☑ Male |

**CO-BORROWER** ☐ I do not wish to furnish this information

| | |
|---|---|
| Ethnicity | ☐ Hispanic or Latino   ☐ Not Hispanic or Latino |
| Race | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☐ White |
| Sex | ☐ Female   ☐ Male |

To be Completed by Interviewer: ☑ Face-to-face Interview  ☐ Mail  ☐ Telephone  ☐ Internet

This application was taken by:
Interviewer's Name (print or type): Brian Lewis
Interviewer's Signature: [signature]   Date: 7/9/05
Interviewer's Phone Number: 401-467-4522

Name and Address of Interviewer's Employer:
Rhode Island Mortgage Store
10 Jefferson Blvd Suite C
Warwick, RI 02888
(P) 401-467-4522
(F) 401-467-4523