# EXHIBIT

# E

# AFFIDAVIT OF COMMERCIAL PURPOSE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $300,000.00 | 08-01-2005 | 09-01-2035 | 800090459 | 20 | | *** | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** Sobieda Valdera, Juan Valdera and Bahij Boutros
34 Parker St.
West Warwick, RI 02893

**Lender:** New Century Mortgage Corporation
Itasca Processing Center
18400 Von Karman
Suite 1000
Irvine, CA 92612

AFFIDAVIT OF COMMERCIAL PURPOSE

State of Rhode Island )
)
County of Providence )

Bahij Boutros, being duly sworn, does hereby state that

1 I am entering into a credit transaction with New Century Mortgage Corporation on this date (the "Loan"),

2 I have been informed that loans made to an individual primarily for personal, family, or household (consumer) purposes are subject to certain federal and state consumer protection laws, but that these laws will not apply to my Loan based on my representations below;

3 My Loan is primarily for business or commercial purposes, and I will not use the proceeds of my Loan for personal, family, or household (consumer) purposes, and

4 These statements are given to induce New Century Mortgage Corporation to make me the Loan and I acknowledge that New Century Mortgage Corporation is relying on my statements

X [signature]
Bahij Boutros Date

Sworn to before me this 1st
day of Aug, 2005

[signature]
Notary Public

LASER PRO Lending Ver 5.25.20.003 Copr Harland Financial Solutions Inc 1997, 2005 All Rights Reserved RI C:\LPRO CFI\LPL\GFO FC TR-3154 PR-107

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $300,000.00 | 08-01-2005 | 09-01-2035 | 8000980469 | 20 | | | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** Sobieda Valdera, Juan Valdera and Bahij Bounros
34 Parker St
West Warwick, RI 02893

**Lender:** New Century Mortgage Corporation
Itasca Processing Center
18400 Von Karman
Suite 1000
Irvine, CA 92612

## AFFIDAVIT OF COMMERCIAL PURPOSE

State of Rhode Island  )
                       )
County of Providence   )

Sobieda Valdera, being duly sworn, does hereby state that:

1. I am entering into a credit transaction with New Century Mortgage Corporation on this date (the "Loan");

2. I have been informed that loans made to an individual primarily for personal, family, or household (consumer) purposes are subject to certain federal and state consumer protection laws, but that these laws will not apply to my Loan based on my representations below;

3. My Loan is primarily for business or commercial purposes, and I will not use the proceeds of my Loan for personal, family, or household (consumer) purposes; and

4. These statements are given to induce New Century Mortgage Corporation to make me the Loan and I acknowledge that New Century Mortgage Corporation is relying on my statements.

_____          _____
Sobieda Valdera                           Date

Sworn to before me this _____
day of _____, 20____

_____
Notary Public

| Principal | Loan Date | Maturity | Loan No. | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $300,000.00 | 08-01-2005 | 09-01-2035 | 203090869 | 20 | | | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

Borrower: Sobieda Valdera, Juan Valdera and Sahij Boutros
34 Parker St.
West Warwick, RI 02893

Lender: New Century Mortgage Corporation
Irvine Processing Center
18400 Von Karman
Suite 1000
Irvine, CA 92612

## AFFIDAVIT OF COMMERCIAL PURPOSE

State of Rhode Island )
                      )
County of Providence  )

Juan Valdera, being duly sworn, does hereby state that:

1. I am entering into a credit transaction with New Century Mortgage Corporation on this date (the "Loan");

2. I have been informed that loans made to an individual primarily for personal, family, or household (consumer) purposes are subject to certain federal and state consumer protection laws, but that these laws will not apply to my Loan based on my representations below;

3. My Loan is primarily for business or commercial purposes, and I will not use the proceeds of my Loan for personal, family, or household (consumer) purposes; and

4. These statements are given to induce New Century Mortgage Corporation to make me the Loan and I acknowledge that New Century Mortgage Corporation is relying on my statements.

_____
Juan Valdera                Date

Sworn to before me this ___ day of _____, 20__

_____
Notary Public