# EXHIBIT B



**FORM 34-27-3.1**

> **NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES**

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.1 of The Rhode Island Mortgage Foreclosure and Sale Act.

## NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re: 7090161733

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

## NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

**Housing counseling services are available to you at no cost**. Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at [www.hud.gov.](www.hud.gov) The TDD number is 1800-877-8339. Foreclosure prevention

counseling services are available free of charge through HUD's Housing Counseling Program.

**HUD Approved Housing Counseling Agencies in Rhode Island may be found at this link http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction =sea rch&searchstate=RI. If you do not have internet access, call the toll-free number above and request a printed list.**

Mortgagee:   Deutsche Bank National Trust Company, as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2006-1
Mortgagee Address:
Street:                  1 Mortgage Way, Mail Stop SV-22
City, State, Zip Code: Mount Laurel, NJ 08054

Mortgagee's Authorized Representative: PHH Mortgage Corporation,
Date mailed: 05/29/2020    (mm/dd/yyyy)

Contact Information for Mortgagee's Authorized Representative:
Telephone: 877-596-8580
Email:



**FORMULARIO 34-27-3.1**

> AVISO DE MORA Y DERECHO DEL ACREEDOR
> HIPOTECAR10 A EJECUTAR LA HIPOTECA Y NOTIFICACIÓN
> DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN
> HIPOTECARIA

Se le proporciona esta notificación para informarle acerca del amparo que ofrecen las Leyes Generales de Rhode Island § 34-27-3.1 de *The Rhode Island Mortgage Foreclosure and Sale Act* (Ley sobre Ejecución de Hipotecas y Remates de Rhode Island).

## AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA

Asunto: 7090161733

Por medio del presente el acreedor hipotecario indicado abajo ("Acreedor hipotecario") le notifica que su hipoteca esta morosa. Si no puede solventar la situación, el Acreedor hipotecario tiene el derecho de ejecutar la hipoteca del inmueble que avala el préstamo hipotecario al cual se alude en el presente aviso.

## NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN IPOTECARIA

**Se encuentran a disposición servicios de orientación sobre vivienda sin costo adicional.** Los servicios de orientación pueden ayudarle a comprender las opciones de las que dispone, así como también ofrecerle recursos y referencias que podrían contribuir a evitar la ejecución de la hipoteca. Dichos servicios los ofrecen agencias de orientación hipotecaria aprobadas por el *United States Department of Housing and Urban Development* (Departamento de Vivienda y Desarrollo Urbano de EE.UU., HUD, por sus siglas en inglés). Puede localizar agencias de orientación hipotecaria aprobadas por HUD llamando al número gratuito de dicho departamento al 1-800-569-4287, o ingresando a la página en Internet de HUD www.hud.gov El número del dispositivo de comunicación para sordos (TDD, por sus siglas en inglés) es 1-800877-8339.. Los servicios de orientación para prevenir la ejecución de hipotecas se ofrecen sin costo alguno mediante el Programa de Orientación para la Vivienda de HUD.

**Agencias de asesoría aprobadas por el Departamento de Vivienda y Desarrollo Urbano en Rhode Island** pueden ser encontradas en este lugar

http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI . Si usted no tiene acceso a internet, llame a la línea de teléfono gratuita que aparece arriba para solicitar una lista impresa.

Acreedor hipotecario: Deutsche Bank National Trust Company, as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2006-1

Dirección del Acreedor hipotecario:
Calle: 1 Mortgage Way, Mail Stop SV-22
Ciudad, estado y código postal:  Mount Laurel, NJ 08054

Representante autorizado del Acreedor hipotecario:  PHH Mortgage Corporation
Fecha de envío postal: 29/05/2020   (dd/mm/aaaa)

Información de contacto del representante autorizado del Acreedor hipotecario:
Teléfono:  877-596-8580
Ceorreo electrónico: