# EXHIBIT C

# DECLARATION OF MAILING

**iMailTracking, LLC**
9620 Ridgehaven Court, Suite A
San Diego, CA  92123

Reference No:        17-031157
Mailing Number:      0005305-01
Type Of Mailing:     45 Credit Counseling Notice

I, _____**Jacob Smith**_____, declare as follows:

I am now, and at all times mentioned herein, a citizen of the United States, over the age of eighteen years, and a resident of San Diego County, California.

At the request of Korde & Associates, P.C. on 5/29/2020, I deposited in the United States mail a copy of the attached document, in separate sealed envelopes, in accordance with the checked mailing classes listed below, postage prepaid, to the address list in Exhibit A which is attached hereto and made a part hereof.

- ☒ First Class
- ☐ Certified
- ☒ Certified with Return Receipt
- ☐ Certified with Return Receipt and Restricted Delivery
- ☐ Certified with Electronic Return Receipt
- ☐ Registered
- ☐ Registered International

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date and Location: 5/29/2020 San Diego, California

Jacob Smith, Mail Production Specialist, iMailTracking, LLC



**FORM 34-27-3.1**

> **NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES**

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.1 of The Rhode Island Mortgage Foreclosure and Sale Act.

## NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re: 7090161733

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

## NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

**Housing counseling services are available to you at no cost**. Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at [www.hud.gov.](www.hud.gov) The TDD number is 1800-877-8339. Foreclosure prevention

counseling services are available free of charge through HUD's Housing Counseling Program.

**HUD Approved Housing Counseling Agencies in Rhode Island may be found at this link http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction =sea rch&searchstate=RI. If you do not have internet access, call the toll-free number above and request a printed list.**

Mortgagee:    Deutsche Bank National Trust Company, as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2006-1
Mortgagee Address:
Street:                         1 Mortgage Way, Mail Stop SV-22
City, State, Zip Code: Mount Laurel, NJ 08054

Mortgagee's Authorized Representative:  PHH Mortgage Corporation,
Date mailed: 05/29/2020    (mm/dd/yyyy)

Contact Information for Mortgagee's Authorized Representative:
Telephone: 877-596-8580
Email:



**FORMULARIO 34-27-3.1**

> AVISO DE MORA Y DERECHO DEL ACREEDOR
> HIPOTECAR10 A EJECUTAR LA HIPOTECA Y NOTIFICACIÓN
> DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN
> HIPOTECARIA

Se le proporciona esta notificación para informarle acerca del amparo que ofrecen las Leyes Generales de Rhode Island § 34-27-3.1 de *The Rhode Island Mortgage Foreclosure and Sale Act* (Ley sobre Ejecución de Hipotecas y Remates de Rhode Island).

### AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA

Asunto: 7090161733

Por medio del presente el acreedor hipotecario indicado abajo ("Acreedor hipotecario") le notifica que su hipoteca esta morosa. Si no puede solventar la situación, el Acreedor hipotecario tiene el derecho de ejecutar la hipoteca del inmueble que avala el préstamo hipotecario al cual se alude en el presente aviso.

### NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN IPOTECARIA

**Se encuentran a disposición servicios de orientación sobre vivienda sin costo adicional.** Los servicios de orientación pueden ayudarle a comprender las opciones de las que dispone, así como también ofrecerle recursos y referencias que podrían contribuir a evitar la ejecución de la hipoteca. Dichos servicios los ofrecen agencias de orientación hipotecaria aprobadas por el *United States Department of Housing and Urban Development* (Departamento de Vivienda y Desarrollo Urbano de EE.UU., HUD, por sus siglas en inglés). Puede localizar agencias de orientación hipotecaria aprobadas por HUD llamando al número gratuito de dicho departamento al 1-800-569-4287, o ingresando a la página en Internet de HUD www.hud.gov El número del dispositivo de comunicación para sordos (TDD, por sus siglas en inglés) es 1-800877-8339.. Los servicios de orientación para prevenir la ejecución de hipotecas se ofrecen sin costo alguno mediante el Programa de Orientación para la Vivienda de HUD.

**Agencias de asesoría aprobadas por el Departamento de Vivienda y Desarrollo Urbano en Rhode Island** pueden ser encontradas en este lugar

http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI . Si usted no tiene acceso a internet, llame a la línea de teléfono gratuita que aparece arriba para solicitar una lista impresa.

Acreedor hipotecario: Deutsche Bank National Trust Company, as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2006-1

Dirección del Acreedor hipotecario:
Calle: 1 Mortgage Way, Mail Stop SV-22
Ciudad, estado y código postal:  Mount Laurel, NJ 08054

Representante autorizado del Acreedor hipotecario:  PHH Mortgage Corporation
Fecha de envío postal: 29/05/2020   (dd/mm/aaaa)

Información de contacto del representante autorizado del Acreedor hipotecario:
Teléfono:  877-596-8580
Ceorreo electrónico:

Exhibit A to Declaration of Mailing

| | | |
|---|---|---|
| Postal Class: | First Class | Sender: Korde & Associates, P.C. |
| Mail Date: | 05/29/2020 | 900 Chelmsford Street, Suite 3102 |
| Type of Mailing: | 45 Credit Counseling Notice | Lowell MA 01851 |
| Attachment: | 0005305-01 000 05280000 Korde | |

0    (11)9690024899159575

Sobieda Valdera
c/o John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

1    (11)9690024899159605

Jack D. Pitts, Esq., Pitts & Burns
635 Killingly Street
Johnston, RI 02919

2    (11)9690024899159629

Sobieda Valdera
273-275 Rand Street
Central Falls, RI 02863

3    (11)9690024899159650

Juan Valdera
c/o John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

4    (11)9690024899159667

Juan Valdera
273-275 Rand Street
Central Falls, RI 02863

5    (11)9690024899159681

Bahij Boutros
c/o John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

6    (11)9690024899159711

Bahij Boutros
273-275 Rand Street
Central Falls, RI 02863

7    (11)9690024899159735

Sobieda Valdera
54 Woodside Avenue
West Warwick, RI 02893

8    (11)9690024899159759

Sobieda Valdera
22 Montgomery Street
Pawtucket, RI 02860

9    (11)9690024899159780

Juan A Valdera
416 Lonsdale Avenue Apt. 1L
Pawtucket, RI 02860

10    (11)9690024899159810

Juan A Valdera
48 Glenham Street
Providence, RI 02907

11    (11)9690024899159834

Juan A Valdera
27 Capital Street
Pawtucket, RI 02860

| | |
|---|---|
| 12 | (11)9690024899159858 |
| | Bahij Boutros<br>155 Camp Street<br>Providence, RI 02906 |
| 13 | (11)9690024899159889 |
| | Bahij Boutros<br>62 Waites Corner Road<br>West Kingston, RI 02892 |
| 14 | (11)9690024899159902 |
| | Juan A Valdera<br>138 Lonsdale Main Street<br>Apt. 2<br>Lincoln, RI 02865 |
| 15 | (11)9690024899159926 |
| | Bahij Boutros<br>394 Woodbine Street<br>Cranston, RI 02910 |
| 16 | (11)9690024899159957 |
| | Bahij Boutros<br>34 Parker Street<br>Central Falls, RI 02863 |
| 17 | (11)9690024899159964 |
| | Juan Valdera<br>34 Parker Street<br>Central Falls, RI 02863 |
| 18 | (11)9690024899159971 |
| | Bahij Boutros<br>277 Rand Street<br>Central Falls, RI 02863 |
| 19 | (11)9690024899159995 |
| | Sobieda Valdera<br>34 Parker Street<br>Central Falls, RI 02863 |
| 20 | (11)9690024899160014 |
| | Juan Valdera<br>138 Lonsdale Main St Apt 2<br>Lincoln, RI 02865 |
| 21 | (11)9690024899160021 |
| | Sobieda Valdera<br>c/o Jack D. Pitts, Esq. Pitts & Burns<br>635 Killingly Street<br>Johnston, RI 02919 |

Exhibit A to Declaration of Mailing

| | | |
|---|---|---|
| Postal Class: | Certified - Ret | Sender: Korde & Associates, P.C. |
| Mail Date: | 05/29/2020 | 900 Chelmsford Street, Suite 3102 |
| Type of Mailing: | 45 Credit Counseling Notice | Lowell MA 01851 |
| Attachment: | 0005305-01 000 05280000 Korde | |

0    71969002484062146818

Sobieda Valdera
c/o John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

1    71969002484062146849

Jack D. Pitts, Esq., Pitts & Burns
635 Killingly Street
Johnston, RI 02919

2    71969002484062146863

Sobieda Valdera
273-275 Rand Street
Central Falls, RI 02863

3    71969002484062146887

Juan Valdera
c/o John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

4    71969002484062146900

Juan Valdera
273-275 Rand Street
Central Falls, RI 02863

5    71969002484062146931

Bahij Boutros
c/o John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

6    71969002484062146962

Bahij Boutros
273-275 Rand Street
Central Falls, RI 02863

7    71969002484062146993

Sobieda Valdera
54 Woodside Avenue
West Warwick, RI 02893

8    71969002484062147020

Sobieda Valdera
22 Montgomery Street
Pawtucket, RI 02860

9    71969002484062147068

Juan A Valdera
416 Lonsdale Avenue Apt. 1L
Pawtucket, RI 02860

10    71969002484062147099

Juan A Valdera
48 Glenham Street
Providence, RI 02907

11    71969002484062147129

Juan A Valdera
27 Capital Street
Pawtucket, RI 02860

| | |
|---|---|
| 12 | 71969002484062147150 |
| | Bahij Boutros<br>155 Camp Street<br>Providence, RI 02906 |
| 13 | 71969002484062147181 |
| | Bahij Boutros<br>62 Waites Corner Road<br>West Kingston, RI 02892 |
| 14 | 71969002484062147211 |
| | Juan A Valdera<br>138 Lonsdale Main Street<br>Apt. 2<br>Lincoln, RI 02865 |
| 15 | 71969002484062147242 |
| | Bahij Boutros<br>394 Woodbine Street<br>Cranston, RI 02910 |
| 16 | 71969002484062147273 |
| | Bahij Boutros<br>34 Parker Street<br>Central Falls, RI 02863 |
| 17 | 71969002484062147310 |
| | Juan Valdera<br>34 Parker Street<br>Central Falls, RI 02863 |
| 18 | 71969002484062147334 |
| | Bahij Boutros<br>277 Rand Street<br>Central Falls, RI 02863 |
| 19 | 71969002484062147358 |
| | Sobieda Valdera<br>34 Parker Street<br>Central Falls, RI 02863 |
| 20 | 71969002484062147389 |
| | Juan Valdera<br>138 Lonsdale Main St Apt 2<br>Lincoln, RI 02865 |
| 21 | 71969002484062147426 |
| | Sobieda Valdera<br>c/o Jack D. Pitts, Esq. Pitts & Burns<br>635 Killingly Street<br>Johnston, RI 02919 |

# iMAILTRACKING
## MAIL THAT MATTERS

9620 Ridgehaven Ct Suite A
San Diego CA 92123
858-375-5875

## INVOICE

**Report for:** Korde
**Mailing ID :** FC01
**Ref. No.:** 17-031157
**Mail Date:** 5/29/2020

| Mail Type | Order Number | Recipients | Mail Class | Total |
|---|---|---|---|---|
| 45 Credit Counseling Notice | 0005305-01 | 22 | First Class - FC | $14.30 |
| 45 Credit Counseling Notice | 0005305-01 | 22 | Certified RR - CR | $155.10 |
| | | | Grand Total: | $169.40 |

| Recipient Name | Recipient Address | Mail Class | Total |
|---|---|---|---|
| Sobieda Valdera | c/o John B. Ennis, Esq. 1200 Reservoir Avenue Cranston, RI 02920 | FC | $0.65 |
| | | CR | $7.05 |
| Jack D. Pitts, Esq., Pitts & Burns | 635 Killingly Street Johnston, RI 02919 | FC | $0.65 |
| | | CR | $7.05 |
| Sobieda Valdera | 273-275 Rand Street Central Falls, RI 02863 | FC | $0.65 |
| | | CR | $7.05 |
| Juan Valdera | c/o John B. Ennis, Esq. 1200 Reservoir Avenue Cranston, RI 02920 | FC | $0.65 |
| | | CR | $7.05 |
| Juan Valdera | 273-275 Rand Street Central Falls, RI 02863 | FC | $0.65 |
| | | CR | $7.05 |
| Bahij Boutros | c/o John B. Ennis, Esq. 1200 Reservoir Avenue Cranston, RI 02920 | FC | $0.65 |
| | | CR | $7.05 |
| Bahij Boutros | 273-275 Rand Street Central Falls, RI 02863 | FC | $0.65 |
| | | CR | $7.05 |
| Sobieda Valdera | 54 Woodside Avenue West Warwick, RI 02893 | FC | $0.65 |
| | | CR | $7.05 |
| Sobieda Valdera | 22 Montgomery Street Pawtucket, RI 02860 | FC | $0.65 |

| Name | Address | Type | Amount |
|---|---|---|---|
| | | CR | $7.05 |
| Juan A Valdera | 416 Lonsdale Avenue Apt. 1L Pawtucket, RI 02860 | FC | $0.65 |
| | | CR | $7.05 |
| Juan A Valdera | 48 Glenham Street Providence, RI 02907 | FC | $0.65 |
| | | CR | $7.05 |
| Juan A Valdera | 27 Capital Street Pawtucket, RI 02860 | FC | $0.65 |
| | | CR | $7.05 |
| Bahij Boutros | 155 Camp Street Providence, RI 02906 | FC | $0.65 |
| | | CR | $7.05 |
| Bahij Boutros | 62 Waites Corner Road West Kingston, RI 02892 | FC | $0.65 |
| | | CR | $7.05 |
| Juan A Valdera | 138 Lonsdale Main Street Apt. 2 Lincoln, RI 02865 | FC | $0.65 |
| | | CR | $7.05 |
| Bahij Boutros | 394 Woodbine Street Cranston, RI 02910 | FC | $0.65 |
| | | CR | $7.05 |
| Bahij Boutros | 34 Parker Street Central Falls, RI 02863 | FC | $0.65 |
| | | CR | $7.05 |
| Juan Valdera | 34 Parker Street Central Falls, RI 02863 | FC | $0.65 |
| | | CR | $7.05 |
| Bahij Boutros | 277 Rand Street Central Falls, RI 02863 | FC | $0.65 |
| | | CR | $7.05 |
| Sobieda Valdera | 34 Parker Street Central Falls, RI 02863 | FC | $0.65 |
| | | CR | $7.05 |
| Juan Valdera | 138 Lonsdale Main St Apt 2 Lincoln, RI 02865 | FC | $0.65 |
| | | CR | $7.05 |
| Sobieda Valdera | c/o Jack D. Pitts, Esq. Pitts & Burns 635 Killingly Street Johnston, RI 02919 | FC | $0.65 |
| | | CR | $7.05 |